UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| VIRGINIA LYN BRIEN,<br><br>            Plaintiff,<br><br>      vs.<br><br>OCWEN LOAN SERVICING, LLC;<br>EQUIFAX INFORMATION SERVICES, LLC;<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.; and DOES 1 to 10, inclusive,<br><br>            Defendants. | Case No. 2:15-cv-00274-JAM-KJN<br><br>Assigned to:  Judge John A. Mendez<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>Complaint filed:  February 2, 2015 |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Experian Information Solutions, Inc. ("Experian") is dismissed with prejudice.  Each party shall bear his or its own attorneys' fees and costs included herein.

**IT IS SO ORDERED**

Dated:  8/10/2015                          /s/ John A. Mendez_____

                                           JOHN A. MENDEZ
                                           UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER
Case No. 2:15-cv-00274-JAM-KJN