1  C. Scott Greene, California Bar No. 277445
   Tracy M. Talbot, California Bar No. 259786
2  Jessica E. Mar, California Bar No.293304
   **BRYAN CAVE LLP**
3  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
4  Telephone:     (415) 675-3400
   Facsimile:     (415) 675-3434
5  E-Mail:     scott.greene@bryancave.com
               tracy.talbot@bryancave.com
6              jessica.mar@bryancave.com

7  Attorneys for Defendant
   Ocwen Loan Servicing, LLC
8

9  **IN THE UNITED STATES DISTRICT COURT**

10  **EASTERN DISTRICT OF CALIFORNIA**

11  **SACRAMENTO DIVISION**

12

| | |
|---|---|
| VIRGINIA LYN BRIEN, | Case No. 2:15-CV-00274-JAM-KJM |
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE OF OCWEN LOAN SERVICING, LLC** |
| v. | |
| OCWEN LOAN SERVICING, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1 to 10, inclusive, | The Hon. John A. Mendez
Robert T. Matsui Courthouse
501 I Street
Sacramento, CA 95814 |
| Defendant. | Courtroom 6, 14th floor |

244570.2                                    1

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Ocwen Loan Servicing, LLC ("Ocwen") is dismissed with prejudice. Each party shall bear her or its own attorneys' fees and costs included herein.

**IT IS SO ORDERED**

Dated: 8/12/2015                              /s/ John A. Mendez
                                              The Hon. John A. Mendez
                                              United States District Court Judge